No. 83–6760. SANDERS *v.* GRAND UNION CO. ET AL. C. A. 11th Cir. Motion of petitioner to consolidate this case with No. 83–1739, *Local Union No. 1020, United Brotherhood of Carpenters & Joiners of America, AFL–CIO* v. *McNaughton,* denied.

No. 83–2004. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. *v.* ZENITH RADIO CORP. ET AL. C. A. 3d Cir. Motions of American Association of Exporters et al. and Government of Japan for leave to file briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 83–5954. LINDAHL *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. [Certiorari granted, 467 U. S. 1251.] Motion for appointment of counsel granted, and it is ordered that John Murcko, Esquire, of Oakland, Cal., be appointed to serve as counsel for petitioner in this case.

No. 83–6061. GARCIA ET AL. *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, 466 U. S. 926.] Motion of Robyn J. Hermann to permit Charles G. White, Esquire, to present oral argument *pro hac vice* on behalf of petitioners granted.

No. 83–6536. CIRILLO *v.* REPUBLIC STEEL CORP., 467 U. S. 1213. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis,* or in the alternative, for an extension of time to comply with order of May 29, 1984, denied.

No. 83–6634. DAWN ET AL. *v.* H. REX GREENE, M. D., INC., ET AL., 467 U. S. 1249. Motion of appellants for reconsideration of order denying leave to proceed *in forma pauperis* denied.